**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Federico AGUILAR–MORENO,**
**Defendant—Appellant.**

**No. 04–10252.**
**D.C. No. CR–03–02370–JMR.**

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 10, 2005.*

Decided Jan. 18, 2005.

Susan Baumann, Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

---

* This panel unanimously finds this case suit-

Lee Tucker, Esq., Tucson, AZ, for Defendant–Appellant.

Before BEEZER, HALL and SILVERMAN, Circuit Judges.

## MEMORANDUM **

Federico Aguilar–Moreno appeals the conviction and 21–month sentence imposed following his guilty plea to illegal re-entry after deportation, in violation of 8 U.S.C. § 1326, enhanced by 8 U.S.C. § 1326(b)(2). We have jurisdiction pursuant to 28 U.S.C. § 1291.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Aguilar–Moreno's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is GRANTED and the district court's judgment is AFFIRMED.

able for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.